Exhibit A to the Complaint

**Location:** Schwenksville, PA  
**Total Works Infringed:** 55

**IP Address:** 108.16.12.42  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 04-24-2022 02:13:34 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 2 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash:<br>55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 04-24-2022 02:12:26 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 3 | Info Hash: 143ED56E751B662F727B52D79C441FBCC16BB177<br>File Hash:<br>6E468AF507E2B8CA74CF0E8AB4CC91C10A7F4D5FFA43B66EE393ED88FB48F9FD | 04-24-2022 02:11:21 | Blacked | 12-20-2018 | 02-02-2019 | PA0002154970 |
| 4 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash:<br>38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 04-24-2022 02:10:51 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 5 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash:<br>A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 04-24-2022 02:10:46 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 6 | Info Hash: 90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194<br>File Hash:<br>6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 04-22-2022 20:36:53 | Blacked Raw | 07-06-2019 | 08-02-2019 | PA0002192304 |
| 7 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash:<br>EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 04-22-2022 20:35:35 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 8 | Info Hash: CBCD2792157D511F104632A294C1F384488E7898<br>File Hash:<br>099497CD425F9C511FF9463C074FD98858992B7D69E2D6A6589E3771E6081A4E | 04-21-2022 04:38:19 | Blacked | 03-12-2022 | 03-29-2022 | PA0002342846 |
| 9 | Info Hash: C6D89A14439B65845B858939EABB7075820E2B1D<br>File Hash:<br>34B237A6542B8BC5C3F37D109D74B20FCA2D704596C79193FF3BB53A62EB7F4B | 04-21-2022 04:37:34 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 10 | Info Hash: 03BDBAB1ACA79F441D77CEC21E238F41A94C8553<br>File Hash:<br>57C68256BB15BB4FD7569464BC37D87E22482ACEAFEB9E1920C98EA583FEB0CE | 04-20-2022 09:51:35 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 11 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788<br>File Hash:<br>A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 04-20-2022 07:44:06 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 96127ED926E5751F78E60FF117D75F59E918CF27<br>File Hash: 3313A2993842C3CF965B06B55DFCB0348C061AE23EE7F1B73DFA0DD56BC67635 | 04-20-2022 07:31:14 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 13 | Info Hash: B83E00880518FBB59ED04CB16EC0BADA95B4881B<br>File Hash: 029EFB4D3105D9CD06E5B94F441B8CEA6D551DD3AD5962D6EDFCC6174FFC925F | 04-20-2022 07:20:34 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 14 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 04-20-2022 07:19:48 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 15 | Info Hash: D2551CED979FBE4D8C2A3098FE7D389E9696CBAD<br>File Hash: FEC2E8D593528D2DEF92B720A4E7D678DBD7E74A8201BE18489DCDA667272B23 | 04-20-2022 07:19:21 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 16 | Info Hash: 12AAB75A3A3BB64DE4339240DF6D1269CAED426B<br>File Hash: C1E81036C947E3579382E5E77BA638DC7F8D78FDA01629B06263EEEE1D7D9F42 | 04-20-2022 07:18:50 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 17 | Info Hash: 401BD78981FD230772B6E3BEFCDD92B604B2E62B<br>File Hash: B9BA7C96CD0B555A03577338399A158CD36B6A5FA61DD4781D5585947481FC21 | 04-20-2022 07:17:25 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 18 | Info Hash: FB1062DEBE9D48CFEC5732E50EF4462C3F741403<br>File Hash: 335EEFDCC5236DD95EA0EB3242E33659D0527EB8DC80CEAB01D6724156A5E8E8 | 04-20-2022 07:15:30 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 19 | Info Hash: D0BD7209B80B2C94170FF75E2F32AB015F15FCFC<br>File Hash: 05B778D357F0904051BCB263081A900CAF79C7FE5FC9403395709943A81646A9 | 04-20-2022 07:14:42 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 20 | Info Hash: 6F65E2CE26FD7A400561F10D9D7C4DD95808DD16<br>File Hash: 84D64F5A1553C14E2E6EF2858D7296E2205F7156159F702194E29F9118ED3A5F | 04-20-2022 07:07:33 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 21 | Info Hash: 44879CA5156C6B94FAB93A6D4FD160ABB8689D82<br>File Hash: 8813814E8DF5A47074C41B0A60494F957BB41B4C3FE7226DA5AE46719DE78A69 | 04-20-2022 07:03:50 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 22 | Info Hash: 1A85204FFC1A183E8EA9896CECA2E460FD802671<br>File Hash: E091A5388AC1871CD2BA3CBA8E9272E849CEB0ADE3FA3EA5AB217BD5AED5996C | 04-20-2022 07:01:15 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 23 | Info Hash: 674ECFE8044FB0E14C08BBCCA84DA742E2DDF69C<br>File Hash: EBC93CEE8C3D24378369FE4600015D6B01BEF436F1F7429861051285EDB8927E | 04-20-2022 07:00:10 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FF8BDF1486B5ABB290723E3389EC2D872A93DED2<br>File Hash: A69111A597DB4D86059F4A88B6DA7CC1C050C253EFC22B2074BEDDF6B13F3E43 | 04-20-2022 07:00:09 | Blacked Raw | 03-23-2020 | 04-17-2020 | PA0002246101 |
| 25 | Info Hash: 8CD924715A479D3D0E91C3B0E62BC25E883E62E5<br>File Hash: BDBCDF434CF419496FF3E8D769526E3BA168CCF989EE165CA197276A53CE6F04 | 04-20-2022 06:57:28 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 26 | Info Hash: 434CDEA9A4E461DA9DB9DF7E96C1F733C273AB05<br>File Hash: 69D7A044616B2F1F42B2ED49D9E68488BF7B87739F3D0F97BFA8FF6B5FEB8EFF | 04-20-2022 06:56:51 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 27 | Info Hash: F2D58D0D2635DDE3BBE018EF87E28BFB4A1DCA0B<br>File Hash: A182656B5855D9EEEB1A21DEAC2D825C87BC0FD2767A1E34F247D9208085DABD | 04-20-2022 06:54:50 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 28 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 04-20-2022 06:54:12 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 29 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 04-20-2022 06:54:11 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 30 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 04-20-2022 06:54:08 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 31 | Info Hash: EE17F083B17FF1CA2FB00CD0D59D40DF6B18D6EB<br>File Hash: B1EA6D0E237026DF8243ACEADE7BF5EC61F63E0EE2CB6546C20E7DCBE043ACCC | 04-20-2022 06:53:43 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 32 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 04-20-2022 06:49:22 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 33 | Info Hash: E99423C73146CABA22B64FF972FDB3B66BC6D81C<br>File Hash: 8852896000A54989467CAFC490427488EC8C572DE303EF5E41E903903FADC3E6 | 04-20-2022 06:47:40 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 34 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash: 06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 04-20-2022 06:46:50 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 35 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 04-20-2022 06:45:50 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 04-20-2022 06:45:40 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 37 | Info Hash: 0D3F517CA16BF1C1F7141865E845817191E1D2D8<br>File Hash: FCD85BD0EFD258A07B81E46FFD228C7CC36DF7C5CDCB1560FA70BCB1B4AD805C | 04-20-2022 06:44:44 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 38 | Info Hash: 0AC75990739A686B555938ABFD3276F73FF69DFF<br>File Hash: 2CA5AA073582E71D9492E7E3E529F4816734EFC58D3451C35339EE6074EEA6F0 | 04-20-2022 06:44:18 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 39 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 04-20-2022 06:43:46 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 40 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash: 2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 04-20-2022 06:43:44 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 41 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 04-20-2022 06:43:42 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 42 | Info Hash: EDCB09F21B3F97AA08CAE529F52B823CD62CDE18<br>File Hash: A24AD69EC449D2087F119FCBB2A1E3DE64BB667FDD79119F37BC8C4C877652D9 | 04-20-2022 06:43:41 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 43 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash: 12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 04-20-2022 06:43:31 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 44 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 04-20-2022 06:43:26 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 45 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash: 026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 04-20-2022 06:42:27 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 46 | Info Hash: 42FABC46517ECF1236BAE72511D2A8DABDC088C0<br>File Hash: DB5F10EAD44B9583949D726B51898628C35AF4FFBC911721D234F853000993FD | 04-20-2022 06:41:16 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 47 | Info Hash: F0A2625E28F79A928FACE03B451B832C9DEC875A<br>File Hash: 631ED5F44EC150DD6C2CCB14D29F0711C23D9781C796DEE05C335055A485DEEF | 04-13-2022 22:45:58 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: AE90C86D911A70368335FF0532A2BF66B9E7FC46<br>File Hash:<br>03B4DBB838FBDADC0EDCC7B7834A86C080469CCDF9136BD723E32D716EF91FBE | 04-13-2022 22:45:27 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 49 | Info Hash: E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE<br>File Hash:<br>BF5B4937BFE86650341BC18FB7411B7174317E8090BFC5429F21835C39DAEB57 | 04-08-2022 22:28:43 | Blacked | 08-13-2017 | 08-17-2017 | PA0002077675 |
| 50 | Info Hash: B0BAD8A8E83D733291438D29FB07D7ACC44F0A77<br>File Hash:<br>6696B9D95350440B05F8C6E71F65B0EB97287ABECDC9A7FFF3AE8079A5302298 | 04-08-2022 22:27:03 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 51 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash:<br>3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 04-06-2022 22:35:25 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 52 | Info Hash: C5AC5FEEBA7840F8FE1853CC8FAEE519EBBB42AE<br>File Hash:<br>73625A5F34CAF25CF81C5566988D2CED4D9DB94750EC8F51B66DFEF13B02BF68 | 03-31-2022 22:43:09 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 53 | Info Hash: FFB6EDFA66EEEF53EA113883593C28EC6BCE89A1<br>File Hash:<br>DA2409230A42FC45846820181027589052AE7C23274AA50393F3E49B9D372671 | 03-31-2022 22:41:37 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 54 | Info Hash: 5D6C222C7939BB472D2C17A576870BE41E3BA41A<br>File Hash:<br>07CD08853509425695D1A58E8EFE197F370C1E8F0AA9A1A2F25C044451D78501 | 11-01-2021 21:13:16 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 55 | Info Hash: F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash:<br>DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 11-01-2021 21:08:55 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |